UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DAVE DRILLING ENVIROMENTAL ENGINEERING, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ASSOCIATED INDEMNITY CORPORATION, et al.,<br><br>　　　　　Defendants.　　　　　　　／ | No. C 13-3801 MEJ<br><br>**ORDER RE: CORPORATE PLAINTIFF REPRESENTATION** |

On August 15, 2013, Plaintiffs Dave Drilling Environmental Engineering, Inc. ("DDEE"), and Omo Fagbohungbe filed the above-captioned matter. Dkt. No. 1. According to the Complaint, DDEE is a corporation in Bay Point, Contra Costa County, California. Compl. ¶ 1. Pursuant to Civil Local Rule 3-9(b), a corporation may appear only through a member of the bar of this Court. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993) (noting that 28 U.S.C. § 1654 does not allow corporations, partnerships, or associations to appear in federal court other than through a licensed attorney). Therefore, while pro se litigants can represent themselves, they cannot represent corporations, companies or other artificial entities. Thus, in order to proceed in the instant action, DDEE must obtain counsel. Accordingly, the Court ORDERS as follows: DDEE shall obtain counsel, and its new counsel must file a notice of appearance by September 23, 2013. If counsel for DDEE fails to file a notice of appearance by this deadline, DDEE shall be dismissed from this case.

**IT IS SO ORDERED.**

Dated: August 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge