UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMO FAGBOHUNGBE,<br><br>  Plaintiff,<br><br>  v.<br><br>CALTRANS, et al.,<br><br>  Defendants. | Case No. 13-cv-03801-WHO<br><br>**ORDER TO SHOW CAUSE AND TO FILE RESPONSE TO MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 28, 30 |

Defendants' Motions to Dismiss are currently set to be heard on February 12, 2014. Plaintiff's opposition to defendant Fireman's Fund Insurance Company's motion was due on December 23, 2013. Plaintiff's Opposition to defendant Caltrans' motion was due on January 21, 2014. As of today's date, plaintiff has not filed an opposition or other response to either motion.

Plaintiff shall SHOW CAUSE as to why this case should not be dismissed for failure to prosecute by filing an opposition or statement of non-opposition to both motions on or before **Friday, January 31, 2014**. Defendants' replies (if any) are due on or before February 7, 2014.

If plaintiff fails to file an opposition or statement of non-opposition on or before **January 31, 2014**, this case will be dismissed for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). This matter remains on calendar for hearing on February 12, 2014 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Ave, San Francisco, California.

**IT IS SO ORDERED**.

Dated: January 24, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OMO FAGBOHUNGBE,

        Plaintiff,

  v.

CALTRANS, et al,

        Defendants.
                                   /

Case Number: CV13-03801 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Omo Fagbohungbe
2283 Willow Avenue
Bay Point, CA 94565

Dated: January 24, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk