UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMO FAGBOHUNGBE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATED INDEMNITY CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-03801-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 51 |

　　　Pursuant to plaintiff's request of dismissal [Docket No. 51], **IT IS HEREBY ORDERED** that defendant Sexton & Freidin Ins. Services is dismissed without prejudice.

Dated: April 24, 2014



WILLIAM H. ORRICK
United States District Judge