UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMO FAGBOHUNGBE,

    Plaintiff,

    v.

ASSOCIATED INDEMNITY CORPORATION, et al.,

    Defendants.

Case No. 13-cv-03801-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 53

Plaintiff's opposition to defendant Fireman's Fund's motion to dismiss was due on May 19, 2014. As of the date of this Order, plaintiff has not filed her opposition or other response to the pending motion. Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall respond to this Order by filing an opposition to Fireman Fund's motion on or before **Friday May 30, 2014**. Failure to file her opposition on or before that date will lead to dismissal of this case for failure to prosecute. Fed. R. Civ. Proc. 41(b).

If plaintiff files an opposition by May 30, 2014, Fireman Fund's reply (if any) must be filed on or before June 6, 2011. This matter remains on calendar for a hearing at 2:00 p.m. on Wednesday, **June 11, 2014** in Courtroom 2, 17th Floor, 450 Golden Gate Ave., San Francisco.

**IT IS SO ORDERED**.

Dated: May 22, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMO FAGBOHUNGBE,<br><br>  Plaintiff,<br><br>  v.<br><br>ASSOCIATED INDEMNITY CORPORATION, et al.,<br><br>  Defendants. | Case No. 13-cv-03801-WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/22/2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Omo Fagbohungbe
2283 Willow Avenue
Bay Point, CA 94565


Dated: 5/22/2014

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By: /s/ Jean M. Davis
　　　　　　　　　　　　　　　　　　　Jean Davis, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable WILLIAM H. ORRICK