UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMO FAGBOHUNGBE,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSOCIATED INDEMNITY CORPORATION, et al.,<br><br>    Defendants. | Case No. 13-cv-03801-WHO<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 60 |

On May 28, 2014, plaintiff filed a notice of voluntary dismissal as to all defendants.

Pursuant to Rule 41(a), the Court DISMISSES this case WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: May 29, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE DRILLING ENVIROMENTAL ENGINEERING, INC. et al,<br><br>     Plaintiff,<br><br>  v.<br><br>ASSOCIATED INDEMNITY CORPORATION et al,<br><br>     Defendant._____/ | Case Number: CV13-03801 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Omo Fagbohungbe
2283 Willow Avenue
Bay Point, CA 94565

Dated: May 29, 2014

Richard W. Wieking, Clerk
    By: Jean Davis, Deputy Clerk